# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAUVE COLLINS

NO. 2024 KW 0547

**SEPTEMBER 23, 2024**

---

In Re:   State of Louisiana, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         03-07-0231.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                              **MRT**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT